Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

Andrew R McDonald
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Case No. 18-12144
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

USPS
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

2018 OCT 12 PM 3: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew R McDonald
Street Address: 812 Heights At Cape Ann
City and County: Gloucester
State and Zip Code: Mass 01930
Telephone Number: 978-879-8568
E-mail Address: Drew8315@comcast.net

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: USPS
- Job or Title (if known): Supervisor
- Street Address: Pine Street
- City and County: Burlington, Chittenden
- State and Zip Code: VT 05401
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: USPS
- Job or Title (if known): Maintainence Supervisor
- Street Address:
- City and County: Shrewsbury, Worcester
- State and Zip Code: Ma
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: USPS
- Job or Title (if known): Boston Main Plant Maintainence Supervisor
- Street Address: 1 Dorchester Ave
- City and County: Boston, Suffolk
- State and Zip Code: Mass
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Megan J Brennan
- Job or Title (if known): Post Master General
- Street Address: 1 Dorchester Ave
- City and County: Boston Suffolk
- State and Zip Code: Ma
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Discrimaration_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

## III. Statement of Claim

I tried to get a job with USPS in Vermont but supervisor the guy the interview me said you have skills but not taking u because of your gap in resume. I don't know if this is against Vermont law where employer doesn't have to hire if you have skills but resume has gaps.

So then I try again in Mass and the Worcester plant refuse to let me work at Worcester plant after I accept job offer and said I don't want you to commute from the Boston area even if I was able and willing to.

So because of that a opening open up in Boston and because I asked for reasonable accomdations he said get info and don't come back or show up or call and only give the info first to him then call to say to give to medical dept.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:



### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I got a Job with USPS back in yr 2015 and seems post office was trying very hard not to have me work for them by saying plant to far or no need for an interview then when I got place as carrier in Boston because I asked for reasonable accomadations they found a way to get me to leave.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I feel like a loser cannot get a Job that payds good to get me off gov programs and it cause me stress and emotional stress and asking for damages. I do see a shrink presently and the USPS has been the number one topic causing my stress



Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/18

Signature of Plaintiff   *Andrew R McDonald*

Printed Name of Plaintiff   Andrew R McDonald

B. **For Attorneys**

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address